UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE

JOSE ELIAS GUTIERREZ,

    Plaintiff,

Case No. 21-cv-08717-EMC

**ORDER OF DISMISSAL**

Docket No. 1

Jose Elias Gutierrez, an inmate at the California Men's Colony State Prison, sent a "letter of inquiry" to the Court. In an effort to protect his rights, a new action was opened, and the letter was filed on November 9, 2021. Plaintiff was informed that he had not filed a complaint and was notified that he had 28 days to do so or the action would be dismissed. Docket No. 3.

On January 25, 2022, the Court *sua sponte* granted Plaintiff an extension of time, until February 28, 2022, to file a complaint. *See* Docket No. 8. Plaintiff was informed that "[f]ailure to do so *will* result in the dismissal of this action." *Id.* at 2 (emphasis added). It is now more than twelve weeks past the deadline for Plaintiff to file a complaint, and the Court has received no documents from Plaintiff.

Because Plaintiff has not filed a pleading, despite two notices and a dismissal warning from the Court, this action is **DISMISSED** without prejudice.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: April 27, 2022

_____
EDWARD M. CHEN
United States District Judge